IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Charles N. Diefenderfer and :
Betsy A. Diefenderfer, his wife, :
                    Appellants :
                                :
            v.                  :
                                :
Palmer Township Board           :
of Supervisors                  :          No. 2324 C.D. 2014

**O R D E R**

NOW, December 28, 2015, having considered appellee's application

for reargument or for rehearing *en banc,* the application is denied.

_____
DAN PELLEGRINI,
President Judge